IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
|    Linda Moore-Singleton | : |
| | : |
| | :    Case No.: 15-19006 |
| | : |
| Debtor(s) | :    Chapter 13 |

CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Reconsider Dismissal of Case filed on December 29, 2017.

Dated: January 17, 2018            /s/ Brad J. Sadek, Esquire
                                                 Brad J. Sadek, Esquire
                                                 Sadek and Cooper
                                                 "The Philadelphia Building"
                                                 1315 Walnut Street, #502
                                                 Philadelphia, PA 19107
                                                 215-545-0008