# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **Linda Moore-Singleton** | **:** | Chapter 13 |
|  | **:** |  |
|  | **:** |  |
|  | **:** |  |
|  | **:** | Bankruptcy Case No:  15-19006ELF |

## CERTIFICATE OF SERVICE

      I, Brad J. Sadek, Esq., hereby certify that on January 30, 2018, a true and correct copy of the <u>Order Reinstating Debtor's Bankruptcy Case</u> was served by electronic delivery or Regular US Mail to the Debtor, all interested parties, the Trustee and all creditors.

                                                                         Very Truly Yours,

<u>January 30, 2018</u>                                          ***/s/ Brad J. Sadek, Esquire***
                                                                    Brad J. Sadek, Esquire