United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-19006-elf
Linda Moore-Singleton                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                    Date Rcvd: Jan 29, 2018
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
```
db          +Linda Moore-Singleton,   241 Wembly Road,   Upper Darby, PA 19082-4710
cr          +Credit Acceptance Corporation,   25505 West Twelve Mile Rd,   PO Box 513,
              Southfield, MI 48037-0513
cr           ECMC,   P.O. Box 16408,   ST. PAUL, MN 55116-0408
cr          +Upper Darby Bell Telco Federal Credit Union,   1410 Bywood Avenue,   Upper Darby, PA 19082-3798
13648566    +AR Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13648565    +Aes/Brazos/Us Bank,   P.O. Box 61047,   Harrisburg, PA 17106-1047
13648568     Chase,   P.O. Box 901003,   Columbus, OH 43224
13648569    +Credit Acceptance,   P.O. Box 513,   Southfield, MI 48037-0513
13663234    +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
13895371     Educational Credit Management Corporation,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13648573    +Fed Loan Service,   P.O. Box 60610,   Harrisburg, PA 17106-0610
13648574    +Federal Loan Service,   P.O. Box 60610,   Harrisburg, PA 17106-0610
13648575    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13648576    +I C System Inc,   P.O. Box 64378,   Saint Paul, MN 55164-0378
13648577    +Lamont Hanley & Associates,   1138 Elm St,   Manchester, NH 03101-1531
13659709    +PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
13702090     U. S. Department of Education,   c/o FedLoan Servicing,   P. O. Box 69184,
              Harrisburg, PA   17106-9184
13648581    +Xerox Solutions,   P.O. Box 41818,   Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jan 30 2018 01:46:28     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2018 01:46:15     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2018 01:46:27     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 01:49:24     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13733172    +E-mail/Text: g20956@att.com Jan 30 2018 01:46:33     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,   KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
13648567    +E-mail/Text: banko@berkscredit.com Jan 30 2018 01:46:12     Berks Credit & Collection,
              900 Corporate Dr,   Reading, PA 19605-3340
13662722    +E-mail/Text: bk.litigation@crestfinancial.com Jan 30 2018 01:46:26     Crest Financial,
              61 West 13490 South,   Salt Lake City, UT 84020-7209
13648570    +E-mail/Text: bk.litigation@crestfinancial.com Jan 30 2018 01:46:26     Crest Financial Service,
              61 West 13490 South,   Draper, UT 84020-7209
13648571    +E-mail/Text: duffyk@co.delaware.pa.us Jan 30 2018 01:46:33     Delaware County Tax Claim Bureau,
              Government Center,   201 W Front Street,   Media, PA 19063-2708
13648572    +E-mail/Text: bknotice@erccollections.com Jan 30 2018 01:46:22     Enhanced Recovery Co L,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13732219    +E-mail/Text: cio.bncmail@irs.gov Jan 30 2018 01:46:11     Internal Revenue Service,
              P O BOX 7346,   Philadelphia PA 19101-7346
13695289     E-mail/Text: bk.notifications@jpmchase.com Jan 30 2018 01:46:13     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13648578    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 01:49:48     LVNV Funding LLC,
              P.O. Box 10497,   Greenville, SC 29603-0497
13653526     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 01:49:28
              LVNV Funding, LLC its successors and assigns as,   assignee of Springleaf Financial,
              Services Of Indiana, Inc.,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
13654345     E-mail/PDF: rmscedi@recoverycorp.com Jan 30 2018 01:49:44
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13648579    +E-mail/Text: rich@udbell.org Jan 30 2018 01:46:25     Upper Darby Belltelco,   1410 Baywood Ave,
              Upper Darby, PA 19082-3720
13648580    +E-mail/Text: rich@udbell.org Jan 30 2018 01:46:25     Upper Darby Belltelco,
              1410 Bywood Drive,   Upper Darby, PA 19082-3720
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Delaware County Tax Claim Bureau,   Government Center,   201 W. Front Street,
              Media, PA 19063-2708
13733173*   +AT&T Mobility II LLC,   %AT&T SERVICES INC.,   KAREN A. CAVAGNARO  PARALEGAL,
              ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Antoinett           Page 2 of 2            Date Rcvd: Jan 29, 2018
                              Form ID: pdf900           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Linda    Moore-Singleton brad@sadeklaw.com,    bradsadek@gmail.com
              EUGENE J. MALADY    on behalf of Creditor    Upper Darby Bell Telco Federal Credit Union
               kjones@ejmcounselors.com,
               emalady@ejmcounselors.com;mtunaitis@ejmcounselors.com;r56109@notify.bestcase.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com,    ecfnotice@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **LINDA MOORE-SINGLETON,** | : | |
| Debtor | : | Bky. No. 15-19006 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **December 13, 2017 (Doc. #87 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The Debtor shall serve a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

Date: 1/29/18

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**