IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LINDA MOORE-SINGELTON    :    No. 15-19006-elf
        Debtor,    :
        :    CHAPTER 13

UPPER DARBY BELL TELCO FEDERAL    :
CREDIT UNION    :
        MOVANT,    :
    :
v.    :
    :
LINDA MOORE-SINGELTON    :
        Debtor.    :

### ORDER

**AND NOW**, this __19th__ day of _____March_____, 2018, upon Certificate that Debtor is in default of the Stipulation entered May 2, 2016, it is hereby:

**ORDERED** that Movant shall be permitted to communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief form the Automatic Stay as provided under 11 U.S.C. §362(d) is granted with respect to *in rem* proceedings relating to 241 Wembly Road, Upper Darby, PA 19082 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assigns, to proceed with its rights under the terms of said Notice and Mortgage; and it is further;

**ORDERED** that Rule 4001 (a)(3) is not applicable and Upper Darby Bell Telco Federal Credit Union may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

{P0331812-1}