United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda Moore-Singleton  
    Debtor

Case No. 15-19006-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 19, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db          +Linda Moore-Singleton,    241 Wembly Road,    Upper Darby, PA 19082-4710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         BRAD J. SADEK    on behalf of Debtor Linda   Moore-Singleton brad@sadeklaw.com, bradsadek@gmail.com  
         EUGENE J. MALADY    on behalf of Creditor    Upper Darby Bell Telco Federal Credit Union kjones@ejmcounselors.com, emalady@ejmcounselors.com  
         MARY JACQUELINE LARKIN    on behalf of Creditor    Upper Darby Bell Telco Federal Credit Union mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com  
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotice@comcast.net  
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LINDA MOORE-SINGELTON    :    No. 15-19006-elf
        Debtor,    :
        :    CHAPTER 13

UPPER DARBY BELL TELCO FEDERAL    :
CREDIT UNION    :
    MOVANT,    :
    :

v.    :
    :

LINDA MOORE-SINGELTON    :
    Debtor.    :

## ORDER

**AND NOW**, this __19th__ day of __March__, 2018, upon Certificate that Debtor is in default of the Stipulation entered May 2, 2016, it is hereby:

**ORDERED** that Movant shall be permitted to communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief form the Automatic Stay as provided under 11 U.S.C. §362(d) is granted with respect to *in rem* proceedings relating to 241 Wembly Road, Upper Darby, PA 19082 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assigns, to proceed with its rights under the terms of said Notice and Mortgage; and it is further;

**ORDERED** that Rule 4001 (a)(3) is not applicable and Upper Darby Bell Telco Federal Credit Union may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

{P0331812-1}