United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-19006-elf
Linda Moore-Singleton                                               Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John                Page 1 of 1              Date Rcvd: Jul 16, 2018
                             Form ID: pdf900           Total Noticed: 11
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db            +Linda Moore-Singleton,    241 Wembly Road,    Upper Darby, PA 19082-4710
cr            +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                Southfield, MI 48037-0513
cr             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13648579      +Upper Darby Belltelco,    1410 Baywood Ave,    Upper Darby, PA 19082-3720
13648580      +Upper Darby Belltelco,    1410 Bywood Drive,    Upper Darby, PA 19082-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 17 2018 02:04:28      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 02:03:37
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2018 02:04:09      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: duffyk@co.delaware.pa.us Jul 17 2018 02:04:38     Delaware County Tax Claim Bureau,
                Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr             E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:07:42      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
cr            +E-mail/Text: rich@udbell.org Jul 17 2018 02:04:05
                Upper Darby Bell Telco Federal Credit Union,    1410 Bywood Avenue,
                Upper Darby, PA 19082-3798
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Linda  Moore-Singleton brad@sadeklaw.com,  bradsadek@gmail.com
              EUGENE J. MALADY    on behalf of Creditor   Upper Darby Bell Telco Federal Credit Union
               kjones@ejmcounselors.com,  emalady@ejmcounselors.com
              MARY JACQUELINE LARKIN    on behalf of Creditor   Upper Darby Bell Telco Federal Credit Union
               mjlarkin@mklaw.us.com,  camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor   Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com,  ecfnotice@comcast.net
              THOMAS I. PULEO    on behalf of Creditor   JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LINDA MOORE-SINGLETON : No. 15-19006-elf
          Debtor, :

UPPER DARBY BELL TELCO FEDERAL : CHAPTER 13
CREDIT UNION :
          MOVANT, : Courtroom # 1
: April 24, 2018  1:00 pm
v. :
:
LINDA MOORE-SINGLETON :
          Debtor. :

**STIPULATION AND ORDER RESOLVING DEBTOR'S MOTION TO RECONSIDER ORDER MODIFYING THE AUTOMATIC STAY UNDER SECTION 362 FILED ON MARCH 27, 2018**

UPPER DARBY BELL TELCO FEDERAL CREDIT UNION, ("Movant"), by and through its attorneys, McGivney, Kluger & Cook, P.C., and M. Jacqueline Larkin, Esquire, filed this Stipulation for Settlement of the Debtor's Motion to Reconsider the Order Modifying the Automatic Stay under Section 362 and the stipulated terms are as follows:

WHEREAS, Movant filed a certification of default on March 6, 2018 certifying that Linda Moore-Singleton ("Debtor") had defaulted on the May 2, 2016 Stipulation by not making post-petition payments to Movant and;

WHEREAS, Movant was granted relief from the automatic stay on March 19, 2018 by this Honorable Court as a result of the March 6, 2018 certification of default; and

WHEREAS, on March 27, 2017, Debtor filed a Motion to Reconsider the March 19, 2018 order modifying the Automatic Stay under Section 362 ("Motion") with respect to post-

{P0342390-1}

petition arrearages owed to Movant on Debtor's property located at 241 Wembly Road, Upper Darby, PA 19082;

WHEREAS, Movant and Debtor wish to resolve and settle the issues raised in Debtor's Motion for Relief pursuant to the terms and conditions set forth in this Stipulation.

NOW, THEREFORE, in consideration of the above recitals and intending to be legally bound hereby, Movant and Debtor through their duly authorized counsel, hereby agree as follows:

1. The parties agree that the total amount owed to Movant on the post-petition arrearages is $ 7,200.47.

2. Movant acknowledges receipt of the $ 7,200.47 from Debtor on May 21, 2018.

3. From this date forward, the parties agree that the automatic stay as to Movant shall be reinstated by this Honorable Court.

4. The parties further agree that the May 2, 2016 stipulation and order shall remain in full force in effect.

5. Should the Debtor fail to make any of the payments in the May 2, 2016 stipulation, or if any regular weekly mortgage payment commencing after the cure of the post-petition delinquency is more than fifteen (15) days late, Movant shall send Debtor and counsel a written Notice of Default of the May 2, 2016 Stipulation. If the default is not cured within ten (10) days from the of the Notice, counsel may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

6.  The parties agree that a facsimile signature shall be considered as an original signature.

AGREED TO IN ADVANCE:

MCGIVNEY & KLUGER, P.C.

By: _____  
Brad J. Sadek, Esquire  
1315 Walnut Street, Suite 502  
Philadelphia, PA 19107  
215-230-4250  
Attorney for Debtor,  
Linda Moore-Singleton

By: /s/ M. Jacqueline Larkin  
M. Jacqueline Larkin, Esq.  
1650 Arch Street, Suite 1800  
Philadelphia, PA 19103  
(215) 557-1990  
Attorney for Movant,  
Upper Darby Bell Telco FCU

Dated: May 24, 2018

**O R D E R** *

_____  
The Honorable Eric L. Frank  
United States Bankruptcy Judge

Dated: 7/12/18

* The foregoing Stipulation is **APPROVED**.

{P0342390-1}3