# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-19006-ELF

LINDA MOORE-SINGLETON

241 WEMBLY ROAD

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LINDA MOORE-SINGLETON

241 WEMBLY ROAD

UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

                                            /S/ William C. Miller

Date: 3/1/2019                                   _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee